1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | )   1:12-cv-01856-BAM (PC) |
|          Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
|   v. | ) MOTION FOR COPY OF ORIGINAL |
| | ) COMPLAINT AND DIRECTING CLERK |
| L. VASQUES, et al., | ) OF COURT TO MAIL PLAINTIFF A COPY |
| | ) OF HIS COMPLAINT FILED ON |
|          Defendants. | ) NOVEMBER 13, 2012 (ECF Nos. 1, 11) |
| | ) |

Plaintiff Roberto Herrera ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 11, 2013, the Court dismissed Plaintiff's complaint and granted him leave to file an amended complaint within thirty days. (ECF No. 10.) Plaintiff's first amended complaint is due on or before December 16, 2013.

On November 21, 2013, Plaintiff filed the instant motion requesting that the Court provide him a copy of his original complaint to help him prepare an amended complaint. (ECF No. 11.) Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. The Court will make an exception in this instance and will direct the Clerk's Office to provide a copy of the original complaint at no charge. However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff and that it is his responsibility to maintain copies of all documents submitted to the Court for filing.

Accordingly, it is HEREBY ORDERED that the Clerk's Office shall mail a copy of the original complaint, filed November 13, 2012, to Plaintiff.

IT IS SO ORDERED.

Dated:   **November 22, 2013**          _____/s/ *Barbara A. McAuliffe*_____
                                        UNITED STATES MAGISTRATE JUDGE