UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. VASQUES, et al.,<br><br>　　　　　Defendant. | 1:12-cv-01856-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF FIRST AMENDED COMPLAINT<br><br>(ECF No. 15)<br><br>30-DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 19, 2013, the Court dismissed Plaintiff's first amended complaint for failure to state a claim and granted Plaintiff leave to amend. On December 30, 2013, Plaintiff filed the instant motion requesting a copy of his first amended complaint and an extension of time to file a second amended complaint. Plaintiff explains that he requires a copy of his first amended complaint to assist him with filing an amended complaint.

　　　　It is Plaintiff's responsibility to keep copies of any documents that he submits to the court and he needs to take whatever steps necessary to obtain the copies prior to submitting his

1

pleadings.  If Plaintiff needs additional time to obtain copies of his pleadings, then he needs to file a motion for extension of time prior to any deadline provided by the Court.

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page.  The Court will make an exception in this instance and will direct the Clerk's Office to provide a copy of the first amended complaint at no charge.  However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff.

Accordingly, it is HEREBY ORDERED that the Clerk's Office shall mail a copy of the first amended complaint, filed December 6, 2013, to Plaintiff.  Plaintiff is granted thirty (30) days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

Dated:   **January 3, 2014**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

2